UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE CINCINNATI INSURANCE COMPANY,

    Plaintiff,

v.                                           Case No: 8:17-cv-143-T-35TGW

BLUEWATER BUILDING & CONSTRUCTION COMPANY and JAMES A. ARMOUR, as trustee of the Bayshore Road Trust U/A/D October 1, 2008,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 9, 2018, Plaintiff and Defendant JAMES A. ARMOUR filed a Joint Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 32) Therefore it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, **the claims between Plaintiff and Defendant JAMES A. ARMOUR only** are **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of January, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Any pro se party