UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THE CINCINNATI INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                                   **Case No: 8:17-cv-143-MSS-TGW**

**BLUEWATER BUILDING & CONSTRUCTION COMPANY,**

    **Defendant.**

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Joint Stipulation for Dismissal With Prejudice filed by Plaintiff The Cincinnati Insurance Company and Defendant James A. Armour. (Dkt. 35) On April 19, 2018, the Court directed Plaintiff to show cause why this case should not be dismissed as against the only remaining defendant in this action, Bluewater Building & Construction Company ("Bluewater"), for failure to prosecute.

In response, Plaintiff and James A. Armour, a prior party to this action,[1] filed the instant Stipulation of Dismissal with Prejudice, which is not joined by Bluewater. (Dkt. 35) Nonetheless, the Stipulation does state an intention to dismiss with prejudice "all claims and counterclaims stated herein against **all parties**." (Id. (emphasis added))

---

1 The Court has dismissed the claims between Plaintiff The Cincinnati Insurance Company and Defendant James A. Armour with prejudice as sixty days have passed since the Court's dismissal without prejudice. (See Dkt. 33 (dismissing without prejudice the claims between Plaintiff and James A. Armour and noting that after 60 days, the dismissal shall be with prejudice))

Thus, the Court construes the Stipulation as Plaintiff's voluntary dismissal of its claims asserted against Defendant Bluewater Building & Construction Company with prejudice.

Therefore, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of April, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person